IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD C. CRESS,

        Plaintiff,

v.

        Case No. 20-cv-693-bbc

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Edward C. Cress affirming the decision of the Commissioner and dismissing this case.

s/ V. Olmo, Deputy Clerk          7/09/2021
Peter Oppeneer, Clerk of Court          Date